UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Daniel Vasquez Sanchez,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. 1:26-CV-00536-ADA-SH |
| § | |
| **Todd Lyons, in his official capacity as** § | |
| **Acting Director of U.S. Immigration and** § | |
| **Customs Enforcement, et. al.,** § | |
| § | |
| Respondents. § | |

### ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Daniel Vasquez Sanchez's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on March 4, 2026. Dkt. No. 1. On March 6, 2026, this Court ordered the Federal Respondents to show cause as to why the original petition should not be granted. Dkt. No. 3. Respondents filed their response on March 11, 2026—specifically addressing Petitioner's constitutional claims. Dkt. No. 4. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

The Fifth Circuit has recently rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. No. 25-20496, ---- F.4th ---- 2026 WL 323330, at *1 (5th Cir. Feb. 6, 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Rodriguez Hernandez v. Collins,*

*et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Rodriguez Hernandez*. For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on March 12, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE